IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

```
SAMARON CORP. d/b/a TROYER,    )
PRODUCTS                       )
                               )
Plaintiff,                     )
                               )
vs.                            )      No. 3:12-CV-397
                               )
UNITED OF OMAHA LIFE           )
INSURANCE COMPANY,             )
                               )
Defendant.                     )
_____)
UNITED OF OMAHA LIFE           )
INSURANCE COMPANY,             )
                               )
Third-Party Plaintiff,         )
                               )
vs.                            )
                               )
DAVID A. BUCK,                 )
                               )
Third-Party Defendant.         )
```

**OPINION AND ORDER**

This matter is before the Court on the Stipulation of Dismissal Regarding Count II and Count III of United of Ohama Life Insurance's Third Party Complaint, filed on August 26, 2013. Upon due consideration, the stipulation is **DENIED.** Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff can dismiss a case without a court order either before the opposing party serves an answer or motion for summary judgment *or* by filing a stipulation of dismissal signed by all parties who have appeared. An answer has been filed and the

1

stipulation filed with this Court is not signed by all parties who have appeared.

DATED: August 26, 2013          /s/RUDY LOZANO, Judge
                                United State District Court